Harry Weinberger v. Jacob Zelenko and Others.— Motion for leave to

appeal or for reargument denied, with ten dollars costs. Motion for stay granted upon appellant's filing the undertaking required by section 591 of the Civil Practice Act. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.